```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BESSEMER TRUST CO., N.A.,            :    02 Civ. 10276 (LAP)
                                     :
                    Plaintiff,       :         ORDER
                                     :
        -against-                    :
                                     :
FRANCIS S. BRANIN, JR.,              :
                                     :
                    Defendant.       :
------------------------------------x
```

LORETTA A. PRESKA, Chief United States District Judge:

      In light of the mandate entered by the Court of Appeals on April 27, 2012, it is hereby ORDERED that the parties shall confer and inform the Court by letter dated no later than May 11, 2012, how they propose to proceed in this litigation.

SO ORDERED.

Dated:    New York, New York
           May 7, 2012

                                             *Loretta A. Preska*
                                  UNITED STATES DISTRICT JUDGE