**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100   fax (212) 541-5369

**Donald I Strauber**
direct tel (212) 408-5205

May 10, 2012

The Honorable Loretta Preska
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/12

   Re:   Bessemer Trust Company, N.A. v. Francis S. Branin, Jr.:
         02 CIV. 10276 (LAP)

Dear Judge Preska:

   Pursuant to the Court's Order of May 7, 2012, I have conferred with counsel for defendant Francis S. Branin, Jr. on how to proceed with this litigation.

   Bessemer Trust and Branin are in agreement that this case should be resolved by summary judgment practice. Bessemer and Branin each plan to move for summary judgment in their favor.

   Our proposal is that both sides simultaneously file briefs in support of summary judgment by July 13, 2012 and reply briefs by August 17, 2012. Due to the amount of material we are dealing with, we respectfully request that the main briefs be up to ~~25~~ 15 pages in length and replies ~~20~~ 10 pages. We also request oral argument at a date to be set by the Court.

[Handwritten annotation by Judge: "Counsel are reminded that briefs are to be double spaced with 12-point type, both text and footnotes."]

Respectfully yours,

Donald I Strauber

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 10, 2012

VIA FACSIMILE

cc:  Michael P. Collins, Esq.   (VIA FACSIMILE)
     Bond, Schoeneck & King
     Fax: (646) 253-2301