PRESKA, S.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bessemer Trust Company, N.A.,

                          Plaintiff,

      -against-

Francis S. Branin, Jr.,

                          Defendant.

02 Civ. ~~1076~~ 10276 (LAP)

**Stipulation**

It is hereby stipulated that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to either party.

June 29, 2012

CHADBOURNE & PARKE LLP

By _____
A Member of the Firm
Attorneys for Bessemer Trust Company, N.A.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

BOND, SCHOENECK & KING, PLLC

By _____
A Member of the Firm
Attorneys for Francis S. Branin, Jr.
330 Madison Avenue
New York, NY 10017
(212) 253-2300

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

SO ORDERED:
_____
USDJ
July 24, 2012